774-15

# ELECTRONIC RECORD

COA #   05-14-00900-CR                     OFFENSE:   22.021

STYLE:  Israel Jose Balderas v. The State of Texas      COUNTY:   Dallas

COA DISPOSITION:   AFFIRM          TRIAL COURT:   283rd Judicial District Court

DATE: 05/14/15          Publish: NO   TC CASE #:   F-1333607-T

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Israel Jose Balderas v. The State of Texas      CCA #:   774-15

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: __11/04/2015__     SIGNED: _____     PC: _____

JUDGE: __Per Curiam__     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD